UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABOUBACAR K. DEMBELE,

                       Petitioner,

                  -v-

THOMAS DECKER, *in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement*, et al.,

                       Respondents

18-CV-5070 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

On December 18, 2018, this Court ordered Respondents to answer Petitioner's October 22, 2018 letter on or before January 7, 2019. (Dkt. No. 33.) On December 27, 2018, this case was stayed by standing order due to the lapse of funding to the United States Department of Justice. (Dkt. No. 36.)

In light of Petitioner's claim that he is being subjected to ongoing, unlawful detention, the Court concludes that delay in this matter is unwarranted and that the stay must be lifted. Respondents shall file their answer to Petitioner's October 22, 2018 letter on or before January 22, 2019. Petitioner's response, if any, shall be due on or before January 29, 2019, and Respondents' reply, if any, shall be due on or before February 5, 2019.

      SO ORDERED.

Dated: January 9, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge